OCT-17-2005 13:30   US MARSHALS PIERRE                                    P.03

# United States District Court
## District of South Dakota
### Northern Division

RECEIVED
U.S. MARSHAL
PIERRE, SD
2005 OCT 17 AM 11:51

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>FRANCIS A. JOSEPH | **WARRANT FOR ARREST**<br>Case Number: CR05-10035-02 |

FILED 05 - 0557 M - 01
OCT 28 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:   The United States Marshal
      and any authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FRANCIS A. JOSEPH and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

Charging him or her with

Receipt of Gratuities by a Public Official

in violation of 18:201(b)(2)(A) and 201(c)(1)(B)

| Jill Bowers | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jill Bowers | October 17, 2005, Pierre, South Dakota |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   By _____
                            Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 10 28 05 | SEAN McLEOD SDUSM | S.S. McL |