UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION



**FILED**
**OCT 1 3 2005**
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-10035 |
| Plaintiff, | INDICTMENT |
| vs. | RECEIPT OF BRIBES BY A PUBLIC OFFICIAL; RECEIPT OF GRATUITIES BY A PUBLIC OFFICIAL |
| GILBERT KILLS PRETTY ENEMY, FRANCIS A. JOSEPH, | |
| Defendants. | 18 U.S.C. §§ 201(b)(2)(A); 201(c)(1)(B) |

The Grand Jury charges:

COUNT 1

On or about November 5, 2000, in the District of South Dakota, the defendant, Gilbert Kills Pretty Enemy, Housing Program Specialist for the Housing Development Program (HDP) of the Bureau of Indian Affairs, being a public official of the United States, did directly and indirectly, demand, seek, receive, accept and agree to receive and accept a thing of value personally, to wit: the sum of $300, from Edward Erickson, a representative of Medallion Homes, Inc., for and because of an official act performed by and to be performed by Kills Pretty Enemy, to wit: influencing the selection of Medallion Homes as the provider of new homes purchased by Indian tribes with HDP funds, in violation of 18 U.S.C. §201(c)(1)(B).

COUNT 2

Between on or about January 1, 2001, through and including February, 2004, in the District of South Dakota, the defendant, Francis A. Joseph, Housing Program Officer for the Housing Development Program (HDP) of the Bureau of Indian Affairs, being a public official of the United States, did corruptly demand, seek, receive, accept and agree to receive and accept personally and

for any other person or entity, a thing of value, to wit: checks totaling $400 from Edward Erickson, a representative of Medallion Homes, Inc., in return for being influenced in the performance of official acts, to wit: influencing the selection of Medallion Homes as the provider of new homes purchased by Indian tribes with HDP funds and specifically influencing the granting of the September 14, 2001, approval of the Rosebud Sioux Tribe's FY 2001 HIP re-contracting package involving the purchase of three manufactured homes from Medallion Homes, in violation of 18 U.S.C. §201(b)(2)(A).

## COUNT 3

Between on or about January 1, 2001, through and including February, 2004, in the District of South Dakota, the defendant, Francis A. Joseph, Housing Program Officer for the Housing Development Program (HDP) of the Bureau of Indian Affairs, being a public official of the United States, did directly and indirectly, demand, seek, receive, accept and agree to receive and accept a thing of value personally, to wit: checks totaling $400, from Edward Erickson, a representative of Medallion Homes Inc., for and because of an official act performed by and to be performed by Francis A. Joseph, to wit: influencing the selection of Medallion Homes as the provider of new homes purchased by Indian tribes with HDP funds, and specifically influencing the granting of the September 14, 2001, approval of the Rosebud Sioux Tribe's FY 2001 HIP re-contracting package involving the purchase of three manufactured homes from Medallion Homes, in violation of 18 U.S.C. §201(c)(1)(B).

A TRUE BILL: