**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
**Date: 12/2/05**

*Nancy Mayer-Whittington*
*Clerk of the Court*

**FILED**

Address of Other Court:  128 United States Courthouse
                         400 South Phillips Avenue          DEC 1 2 2005
                         Sioux Falls, SD 57104-6851
                                                      NANCY MAYER WHITTINGTON, CLERK
                                                          U.S. DISTRICT COURT

RE: 05MG557 (Francis A. Joseph)

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Warrant/Indict | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| X | Personal Recognizance Bond | | |
| X | Other- Blotter dated 11/28/05, 10/28/05 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

RECEIVED

DEC 0 5 2005

CLERK U.S. DISTRICT COURT
SIOUX FALLS, S. DAK.

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
         Deputy Clerk